# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUGHES, SUSAN M. | § | Case No. 11-08110 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/17/2011 in Courtroom 742,

> United States Courthouse
> 219 South Dearborn
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/25/2011          By: /s/ Andrew J. Maxwell
                                                   Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HUGHES, SUSAN M. §   Case No. 11-08110
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,229.49 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,229.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,057.37 | $ 0.00 | $ 1,057.37 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,057.37 |
| Remaining Balance | $ 3,172.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,906.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 1,187.04 | $ 0.00 | $ 270.77 |
| 000002 | Fifth Third Bank | $ 4,205.73 | $ 0.00 | $ 959.33 |
| 000003 | Chase Bank USA, N.A. | $ 5,039.45 | $ 0.00 | $ 1,149.50 |
| 000004 | Chase Bank USA, N.A. | $ 3,474.41 | $ 0.00 | $ 792.52 |

Total to be paid to timely general unsecured creditors $ 3,172.12

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
                                    Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 11-08110-CAD
Susan M. Hughes                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 1          Date Rcvd: Oct 27, 2011
                              Form ID: pdf006         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2011.
```
db         +Susan M. Hughes,    5258 W. 63rd Place,    Chicago, IL 60638-5750
16885631   +Alberto Ramos,    1006 N. 14th Ave.,    Melrose Park, IL 60160-3422
16885635    Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16885634    Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
17560589    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16885638    Citimortgage,    P.O. Box 688948,    Des Moines, IA 50368-8948
17493794    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16885639   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,    5001 Kingsley Drive,   MD 1OC2G,
             Cincinnati, OH 45263)
17558558   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16885640   +Hauselman, Rappin & Olswang, LTD,    39 S. LaSalle St. Suite 1105,    Chicago, IL 60603-1720
16885641   +LTD Financial Services, L.P.,    7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2053
16885642    Nationstar Mortgage,    c/o Brice Vander Linden & Wernick PC,    P.O. Box 829009,
             Dallas, TX 75382-9009
16885643   +Sears Credit Cards/CBSD,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
16885644   +THD/CBSD,    P.O. Box 9714,    Gray, TN 37615-9714
16885645   +Village of Maywood,    125 S. 5th Ave.,    Maywood, IL 60153-1376
16885647   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
            (address filed with court: Wells Fargo Dealer Services,    P.O. Box 25341,
             Santa Ana, CA 92799-5341)
16885646    Wells Fargo Auto Finance,    PO Box 29704,    Phoenix, AZ 85038-9704
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16885632*   +Alberto Ramos,    1006 N. 14th Ave.,    Melrose Park, IL 60160-3422
16885636*    Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16885637*    Chase,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
16972133*   +Nationstar Mortgage,    c/o Brice Vander Linden & Wernick PC,    PO Box 829009,
             Dallas, TX 75382-9009
16885633   ##Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
```
                                                                                   TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2011**                       **Signature:**   *Joseph Speetjens*