UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                   §
                                         §
HUGHES, SUSAN M.                         §        Case No. 11-08110
                                         §
          Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase P.O. Box 78420 Phoenix, AZ 85062-8420 |  |  |  |  |  |
|  | Citimortgage P.O. Box 688948 Des Moines, IA 50368-8948 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationstar Mortgage Company P.O. Box 650783 Dallas, TX 75265 | | | | | |
| | Village of Maywood 125 S. 5th Ave. Maywood, IL 60153 | | | | | |
| | Wells Fargo Auto Finance PO Box 29704 Phoenix, AZ 85038-9704 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| 0BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Fifth Third Bank 5001 Kingsley Drive MD 1OC2G Cincinnati, OH 45263 | | | | | |
| | Sears Credit Cards/CBSD P.O. Box 6189 Sioux Falls, SD 57117 | | | | | |
| | THD/CBSD P.O. Box 9714 Gray, TN 37615 | | | | | |
| | Wells Fargo Dealer Services P.O. Box 25341 Santa Ana, CA 92799-5341 | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | FIFTH THIRD BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 11-08110 CAD Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: HUGHES, SUSAN M. | Date Filed (f) or Converted (c): 02/28/11 (f) |
| | 341(a) Meeting Date: 04/13/11 |
| For Period Ending: 12/23/11 | Claims Bar Date: 09/16/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5258 W. 63rd Place Chicago, IL- Duplex | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 418 N. 6th Ave Maywood, IL 60153; Single family ho | 105,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Chase Checking Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Chase Savings | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Household Goods and Furnishings | 385.00 | 385.00 | DA | 0.00 | FA |
| 6. clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. Statefarm Life (term life); face amount $67,000 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Sers: State University Retirement System | 77,741.00 | 0.00 | DA | 0.00 | FA |
| 9. Exxcelon Stock Account, 52 shares | 2,240.16 | 0.00 | DA | 0.00 | FA |
| 10. 2010 contingent tax refund estimate | 4,000.00 | 2,440.16 | | 4,229.38 | FA |
| 11. 2005 Pontiac Grand Prix GTP, 45000 miles | 8,000.00 | 7,171.91 | DA | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.11 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $347,666.16 | $9,997.07 | | $4,229.49 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 10-26-2011

collected non-exempt tax refund and bank account funds 6-11

claims bar date is 9/16/11

Initial Projected Date of Final Report (TFR): 10/26/11     Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-08110 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HUGHES, SUSAN M. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4911 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9490 | | |
| For Period Ending: | 12/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/11 | 10 | Susan Hughes | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 4,229.38 | | 4,229.38 |
| 06/30/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 4,229.39 |
| 07/29/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,229.42 |
| 08/31/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,229.46 |
| 09/29/11 | 12 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 4,229.49 |
| 09/29/11 | | Transfer to Acct #*******5266 | Final Posting Transfer | 9999-000 | | 4,229.49 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 4,229.49 | 4,229.49 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,229.49 | |
| Subtotal | 4,229.49 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,229.49 | 0.00 | |

Page Subtotals    4,229.49    4,229.49

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-08110 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | HUGHES, SUSAN M. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5266  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9490 | | |
| For Period Ending: | 12/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/11 | | Transfer from Acct #*******4911 | Transfer In From MMA Account | 9999-000 | 4,229.49 | | 4,229.49 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 5.39 | 4,224.10 |
| 11/09/11 | | Bank of America | Reversal of Bank Service Fee | 2600-000 | 5.39 | | 4,229.49 |
| 11/22/11 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE | 2100-000 | | 1,057.37 | 3,172.12 |
| 11/22/11 | 001002 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | 7100-000 | | 270.77 | 2,901.35 |
| 11/22/11 | 001003 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | | 7100-000 | | 959.33 | 1,942.02 |
| 11/22/11 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | 7100-000 | | 1,149.50 | 792.52 |
| 11/22/11 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | 7100-000 | | 792.52 | 0.00 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 4.79 | -4.79 |
| 12/06/11 | | Bank of America | Reversal of BOA service fees | 2600-000 | 4.79 | | 0.00 |

Page Subtotals     4,239.67     4,239.67

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2 Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-08110 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HUGHES, SUSAN M. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5266 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9490 | | |
| For Period Ending: | 12/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,239.67 | 4,239.67 | 0.00 |
| Less: Bank Transfers/CD's | 4,229.49 | 0.00 | |
| Subtotal | 10.18 | 4,239.67 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10.18 | 4,239.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********4911 | 4,229.49 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5266 | 10.18 | 4,239.67 | 0.00 |
| | 4,239.67 | 4,239.67 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*